IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v | * | Criminal Case No. PWG-19-137 |
| EDWARD B. HALL, | * | |
|  | * | |
|  | *** | |

## ORDER

Defendant, Edward B. Hall, filed a Motion for Copy Work seeking copies of "the Grand Juries concurrence," and the minutes of a hearing held before the Magistrate Judge who issued a warrant for his arrest. ECF No. 1112. Hall adds that he is "requesting all superseding concurrence and hearing minutes." *Id*.

The documents Hall seeks cannot be identified from the information contained in his motion. Further, hearing minutes, when they exist, are created for the Court's use and are not available. Notwithstanding those issues, copies of court records may be provided to an indigent litigant at government expense upon a showing by the litigant of a particularized need for the documents. *Jones v. Superintendent, Va. State Farm*, 460 F.2d 150, 152-53 (4th Cir. 1972). Hall offers no reason for his request. For these reasons the Motion Requesting Hearing Minutes IS DENIED.

Dated this  6th   day of July 2022.

                                                            /S/
                                                           Paul W. Grimm
                                                           United States District Judge